UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Moshe Feldman,

                  Plaintiff,

  -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Loancare, LLC,

                  Defendants.

---

Civil Action No: 7:23-cv-5165

## JOINT STIPULATION OF DISMISSAL AS TO LOANCARE, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Loancare, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 17, 2024

| **For Plaintiff Moshe Feldman** | **For Defendant Loancare, LLC** |
|---|---|
| _/s/ Tamir Saland_ | _/s/ Joseph Michael DeFazio_ |
| Tamir Saland | Joseph Michael DeFazio |
| Stein Saks, PLLC | Troutman, Pepper Hamilton Sanders |
| One University Plaza | 875 Third Ave |
| Hackensack, NJ 07601 | New York, NY 10022 |
| Ph: (201) 282-6500 | Ph: (212) 704-6341 |

1

| tsaland@steinsakslegal.com | Joseph.defazio@troutman.com |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on January 17, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Tamir Saland*
                                          Tamir Saland
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          *Attorneys for Plaintiff*

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           January 19, 2024

2