UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Moshe Feldman,                                          Civil Action No:
                                                        7:23-cv-5165
                Plaintiff,

     -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Loancare, LLC,


               Defendants.
-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Equifax Information Services, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 19, 2024

| **For Plaintiff Moshe Feldman** | **For Defendant Equifax Information Services, LLC** |
|---|---|
| _____ <br> Tamir Saland <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> tsaland@steinsakslegal.com | _____ <br> Boris Brownstein <br> Clark Hill PLC <br> 210 Carnegie Center, Suite 102 <br> Princeton, NJ 08540 <br> Ph: (609) 785-2923 |

|  | bbrownstein@clarkhill.com |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on February 19, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Tamir Saland*
>Tamir Saland
>**Stein Saks, PLLC**
>One University Plaza
>Hackensack, NJ 07601
>*Attorneys for Plaintiff*